IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYRELL KNIGHT, ) | |
| ) | |
| Plaintiff, ) | 4:05CV3107 |
| ) | |
| vs. ) | ORDER |
| ) | |
| RANDY CROSBY, et al., ) | |
| ) | |
| Defendants. ) | |

  This matter is before the court on filing no. 14, the motion for extension of time to pay filing fee filed by the plaintiff. In filing no. 5, this court ordered the plaintiff to pay his $6.62 initial partial filing fee to the Clerk of Court by June 20, 2005. A motion for an extension of time filed by the plaintiff (filing no. 7) was previously granted by this court (filing no. 10). In filing no. 14, the plaintiff has explained additional problems he has experienced in paying his filing fee. Because of the plaintiff's showing of good cause in his motion, the plaintiff's case will not be dismissed for nonpayment of the initial partial filing fee by the original deadline, and any necessary extension of time is hereby granted. In general, a plaintiff's case will not be dismissed for nonpayment without a considerable period of prior notice and an opportunity to request additional time.

  Filing no. 14 is granted. The initial partial filing fee shall be paid on or before September 9, 2005, unless a timely motion for an extension of that deadline is granted.

  SO ORDERED.

  DATED this 2nd day of August, 2005.

            BY THE COURT:

            s/F.A. GOSSETT
            United States Magistrate Judge