IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| | ) | 4:05CV3107 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RANDY CROSBY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 12, the motion to proceed in forma pauperis, filed by the plaintiff. After review of the record, it appears that the court already granted the plaintiff leave to proceed in forma pauperis in filing no. 5. Therefore, filing no. 12 is denied as moot.

    SO ORDERED.

    DATED this 8th day of September, 2005.

                            BY THE COURT:


                            S/F.A. GOSSETT
                            United States Magistrate Judge