IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | 4:05CV3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ***ORDER*** |
| v. | ) | |
| | ) | |
| RANDY CROSBY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

    IT IS HEREBY ORDERED that Filing 36, the withdrawal of the appearance by Defendant's attorney, Timothy P. Sullivan, is approved and the entry of appearance by Maureen Hannon on behalf of Defendant is recognized and approved.

    Dated: January 18, 2006.

                                                BY THE COURT:

                                                s/ F. A. Gossett
                                                United States Magistrate Judge

13-326-16