IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3107 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RANDY CROSBY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 43, the motion by the plaintiff, Tyrell Knight, a prisoner at the Nebraska State Penitentiary ("NSP"), for a voluntary dismissal of the above-entitled case without prejudice. The plaintiff states that he is moving to dismiss this case to reduce the stress and retaliation to which he believes he has been subjected because of this litigation. Pursuant to Fed. R. Civ. P. 41(a), the motion is granted. Judgment will be entered accordingly.

IT IS ORDERED:

1. That filing no. 43 is granted.

March 9, 2006.                              BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge