IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYRELL KNIGHT, | ) |
| | ) 4:05cv3107 |
| vs. | ) MEMORANDUM AND ORDER |
| RANDY CROSBY, et al., | ) |
| Defendants. | ) |

This matter is before the court on filing nos. 47, 48 and 49, the plaintiff's post-judgment motions for reconsideration, for arrest of judgment and to amend the complaint. In March of 2006, the plaintiff, Tyrell Knight, moved for a voluntary dismissal of the above-entitled case because of the difficulties and stress of litigation as a prisoner. However, after the entry of judgment, the plaintiff changed his mind. On the other hand, the plaintiff has filed eight cases in forma pauperis ("IFP") since November of 2004, and four of those cases are still pending. I am not surprised that the plaintiff complains of the stress of litigation.

The plaintiff has not shown good cause to vacate the judgment previously entered in this matter. Judgments of dismissal are not lightly entered, and voluntary dismissals should not be requested without due consideration in advance of writing to the court. Therefore, filing nos. 47, 48 and 49 are denied.

SO ORDERED.

September 15, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge